PROB 12A
(Revised 05/2011)

# United States District Court
for
## Middle District of Tennessee

### Report on Offender Under Supervision

**Name of Offender:** Mark Elliot Key   **Case Number:** 2:08-00003

**Name of Sentencing Judicial Officer:** Honorable Aleta A. Trauger, United States District Judge

**Date of Original Sentence:** January 26, 2009

**Original Offense:** 18 U.S.C. § 922(g)(1) and 18 U.S.C. § 924, Felon In Possession of Firearm

**Original Sentence:** 60 months' custody and 3 years' supervised release

**Type of Supervision:** Supervised release   **Date Supervision Commenced:** June 4, 2013

**Assistant U.S. Attorney:** Unassigned   **Defense Attorney:** Sumter L. Camp

---

The Court orders:

- [x] No Action Necessary at this Time
- [ ] Submit a Request for Modifying the Condition or Term of Supervision
- [ ] Submit a Request for Warrant or Summons
- [ ] Other

Considered this 22nd day of Oct., 2013,
and made a part of the records in the above case.

Aleta A. Trauger
U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct. Respectfully submitted,

Brad Bartels
U.S. Probation Officer

Place   Cookeville

Date   October 18, 2013

## ALLEGED VIOLATIONS

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| **1.** | **The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substance, except as prescribed by a physician.** |

On October 15, 2013, Mr. Key was given a drug test that appeared to be positive for benzodiazepine. When questioned by the probation officer, he admitted to taking one Soma pill on or about October 12, 2013. Mr. Key refused to identify the individual who distributed the prescription pill to him. Once he learned the testing lab would identify what substances were present in his body, Mr. Key also admitted to taking Valium on or about October 12, 2013. Mr. Key asked the probation officer to discard the urine sample and allow him to return in two days, stating he would then produce a "clean" sample. The probation officer verbally reprimanded Mr. Key and instructed him to never ask the probation officer to discard or tamper with evidence. Mr. Key said he "messed up" but did not have time to attend substance abuse treatment, as was recommended by the probation officer. He asked the probation officer for another chance. The probation officer told Mr. Key that he would be referred for substance abuse treatment. On October 18, 2013, the probation office received lab results which were positive for Oxazepam, a chemical consistent with Valium. Mr. Key does not have an active prescription for Soma or Valium.

### Compliance with Supervision Conditions and Prior Interventions:

Mark Key is employed at Hoover Construction, Inc. In Murfreesboro, Tennessee and lives with his mother in Livingston, Tennessee. Mr. Key began his three year term of supervised release on June 4, 2013, and is due to terminate supervision on June 3, 2016.

On July 23, 2013, Mr. Key attended a substance abuse assessment at Plateau Mental Health in Cookeville, Tennessee. It was determined that Mr. Key would not benefit from substance abuse treatment at that time. The probation officer was informed that the determination to not recommend substance abuse treatment was based on Mr. Key's attitude towards treatment rather than his actual need for treatment.

Following his recent admission to using medications not prescribed to him, Mr. Key was verbally reprimanded and re-instructed to not use any illegal substances or medications not prescribed to him. Mr. Key understands that possession and use of a prescription drug not prescribed to him violates the terms of his supervised release. Mr. Key was referred to Plateau Mental Health in Cookeville, Tennessee for substance abuse treatment once per week.

### U.S. Probation Officer Recommendation:

The probation officer is requesting that no additional action be taken by the Court at this time. It is recommended that Mr. Key remain on supervised release, participate in weekly substance abuse treatment at Plateau Mental Health, and not incur any future violations. The United States Attorney's Office has been advised of the offender's noncompliance and is in agreement with this recommendation.

Approved: _____  
Britton Shelton  
Supervisory U.S. Probation Officer