## IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF TENNESSEE
## NORTHEASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | Criminal No. 2:08-00003 |
| | ) | Judge Trauger |
| | ) | |
| MARK ELLIOTT KEY | ) | |

### **O R D E R**

It is hereby **ORDERED** that the revocation proceeding scheduled for June 27, 2014 is **RESET** for Wednesday, June 25, 2014, at 9:30 a.m.

It is so **ORDERED**.

ENTER this 6th day of June 2014.

_____
ALETA A. TRAUGER
U.S. District Judge