**IN THE UNITED STATES DISTRICT COURT FOR THE**
**MIDDLE DISTRICT OF TENNESSEE**
**NORTHEASTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | Criminal No. 2:08-00003 |
| | ) | Judge Trauger |
| | ) | |
| MARK ELLIOTT KEY | ) | |

## O R D E R

It is hereby **ORDERED** that the revocation proceeding scheduled for June 25, 2014 at

9:30 a.m. is **RESET** for the same day at 10:30 a.m.

It is so **ORDERED**.

ENTER this 11th day of June 2014.

_____
ALETA A. TRAUGER
U.S. District Judge