IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | Criminal No. 2:08-00003 |
| | ) | Judge Trauger |
| | ) | |
| MARK ELLIOTT KEY | ) | |

### **O R D E R**

It is hereby **ORDERED** that a further hearing on the Superseding Petition (Docket No. 58) shall be held on January 22, 2015 at 11:00 a.m.

It is so **ORDERED**.

ENTER this 23rd day of October 2014.

_____
ALETA A. TRAUGER
U.S. District Judge